CCN # 2448114008888

# United States District Court
## Violation Notice (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC37 | 9579458 | Dozier | 2919 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 10/26/2024 @ 0120 AM | CVC 23226(b) |

Place of Offense: NAVAL BASE VENTURA COUNTY PORT HUENEME 23RD AVE / VENTURA RD

Offense Description: Factual Basis for Charge — HAZMAT ☐
STORAGE BY PASSENGER OF OPEN CONTAINER IN PASSENGER COMPARTMENT PROHIBITED, AS ASSIMILATED BY 18 USC 13

### DEFENDANT INFORMATION
Last Name: CARRILLO
First Name: DAVID
Street Address: 316 LINCOLN AVE [redacted]

Tag No: 8G2K300  State: CA  Year: 20??  Make/Model: HONDA PILOT  Color: BLACK

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ 70 Forfeiture Amount
+ $30 Processing Fee
$ 100 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: [signed]
Original - CVB Copy

*9579458*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/26, 2024 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA.

AT APPROXIMATELY 0115 HOURS I, MA3 DOZIER WAS DISPATCHED TO KNOTT GATE BY KNOTT GATE SENTRIES FOR A OPEN CONTAINER. I ARRIVED ON SCENE AND RETRIEVED A CORONA BEER CAN STILL COLD TO THE TOUCH WITH LESS THAN HALF REMAINING FROM THE PASSENGER SIDE DOOR WHERE CARRILLO DAVID WAS SITTING. I VERIFIED WITH DAVID CARRILLO THE MAILING ADDRESS IS CURRENT AND ACCURATE.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/26/2024  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident